LINDA HOLTZ, Appellant, v JANERIO D. ALDRIDGE et al., Respondents. (Appeal No. 1.) [683 NYS2d 451] —Judgment unanimously affirmed without costs. Memorandum: Plaintiff's sole contention on appeal is that various remarks by defense counsel in summation were so unfair and prejudicial as to require a new trial. Plaintiff failed to move for a mistrial until after the jury rendered its verdict, and thus the motion was untimely (*see, Taylor v Dayton Suregrip & Shore Co.*, 64 AD2d 809, 810). Although the remarks by defense counsel were improper, plaintiff's objections to those remarks were sustained

by Supreme Court, which immediately gave curative instructions. (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Negligence.) Present—Denman, P. J., Hayes, Pigott, Jr., Callahan and Fallon, JJ.